**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRANDON HIMES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>AMERICAN AIRLINES, Inc.,<br><br>Defendant. | No.: 1:23-cv-04892-KAM-JRC |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT AMERICAN AIRLINES, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant American Airlines, Inc. certifies that American Airlines Group Inc., a publicly held corporation (NASDAQ: AAL), owns 100 percent of the stock of American Airlines, Inc.

Dated:  July 19, 2023

Attorneys for Defendant American Airlines, Inc.

By: */s/ Mark W. Robertson*

O'MELVENY & MYERS LLP

Mark W. Robertson (S.B. #4508248)
mrobertson@omm.com
Charles J. Mahoney (S.B. #5502885)
cmahoney@omm.com
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile:  (212) 326-2061