UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDON HIMES, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>AMERICAN AIRLINES, Inc.,<br><br>　　　　　　Defendant. | No.: 23 CV 4892 (KAM) |

**NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Brandon Himes hereby dismisses this action without prejudice as against Defendant, and without costs or attorneys' fees to any party.

Dated:　New York, New York
　　　　　September 10, 2023

9.11.2023

/s/ Denise A. Schulman
D. Maimon Kirschenbaum
Denise A. Schulman
Josef Nussbaum
JOSEPH & KIRSCHENBAUM LLP
32 Broadway, Ste. 601
New York, New York 10004
212-688-5640

*Attorneys for Plaintiff*